**FILED**

July 08, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____

DEPUTY

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TAMARA KAY FULMER-STEWART, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. SA-25-CV-00412-OLG |
| | § | |
| HEMISFAIR PARK and HEMISFAIR | § | |
| PARK AND HPARC, *Admin. Offices*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed June 16, 2025, concerning the dismissal of Plaintiff's claims for failure to prosecute and failure to follow a court order. (*See* R&R, Dkt. No. 13).

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen (14) days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). A copy of the R&R was mailed to Plaintiff via certified mail on June 16, 2025. (*See* Dkt. No. 14). Based on the record, Plaintiff received a copy of the R&R. (*See* Dkt. No. 16). To date, no objections have been filed, and the time to do so has passed.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made."). After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

The Court therefore **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 13) as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1) and **DISMISSES** this case for failure to prosecute and failure to follow a court order. *See* FED. R. CIV. P. 41(b). All pending motions in this case are **DENIED** as moot.

This case is **CLOSED**.

It is so **ORDERED**.

SIGNED this _____ day of July, 2025.

_____
ORLANDO L. GARCIA
United States District Judge

2